INTERNATIONAL FERRY CO., Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by the International Ferry Company against the American Fidelity Company. No opinion. Judgment affirmed, with costs.

IRON WORKERS' SUPPLY CO., Appellant, v. LEVINGSON, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by the Iron Workers' Supply Company against Isaac Levingson. No opinion. Judgment affirmed, with costs.

ISAACS, Respondent, v. DECKER, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Bernard Isaacs against George W. Decker. No opinion. Judgment of the Municipal Court affirmed, with costs.

JACKSON v. DARTMOUTH REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Benjamin F. Jackson against the Dartmouth Realty Company and others. No opinion. Judgment affirmed, with costs.

JACKSON, Respondent. v. HELLENIC TRANSATLANTIC STEAM NAVIGATION CO., Limited, Appellant. (Supreme Court. Appellate Division, First Department. April 28, 1911.) Action by Frank W. Jackson against the Hellenic Transatlantic Steam Navigation Company, Limited. A. C. Cass, for appellant. A. W. Bonynge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JACKSON, Respondent, v. MATTHEWS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Mary Ann Jackson against Samuel Matthews, impleaded with others. No opinion. Motion denied, without costs. See, also, 128 N. Y. Supp. 1042.

JACKSON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court. Appellate Division, Second Department. June 9, 1911.) Action by Bernhardt Jackson against the Metropolitan Life Insurance Company. No opinion. Motion denied, without costs. See, also, 128 N. Y. Supp. 1127.

JAMES R. KEISER, Inc., v. KAISER & CO. et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Appeal from Special Term, New York County. Action by James R. Keiser, Incorporated, against Kaiser & Co. and others. From an order denying an injunction pendente lite, plaintiff appeals. Affirmed. John E. Ruston, for appellant. Max D. Josephson, for respondents. PER CURIAM. Without expressing any opinion as to what the final judgment should be, we are not disposed to reverse the action of the court at Special Term in refusing to grant the preliminary injunction before final judgment.

The order is therefore affirmed, with $10 costs and disbursements.

JANACK, Appellant, v. BENSON MINES CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by John Janack, Jr., against the Benson Mines Company. PER CURIAM. Judgment affirmed, with costs.
BETTS, J., dissents.

JENNE, Respondent, v. OTIS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by William Jenne against the Otis Elevator Company. PER CURIAM. Judgment and order affirmed, with costs. THOMAS and CARR, JJ., vote to reverse on the ground of error in the reception of evidence at folio 250, etc.

JOHNSON, Appellant, v. BLANEY, Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by John C. R. Johnson against Charles P. Blaney. L. H. Levin, for appellant. E. J. Tetlow, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 132 App. Div. 925, 116 N. Y. Supp. 1139.

JONES, Respondent, v. BEVILLARD, Appellant. et al. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by C. Lansing Jones, as substituted trustee, etc., against Sarah G. Bevillard, impleaded with others. No opinion. Judgment affirmed, with one bill of costs.

JUVE, Respondent, v. PENNSYLVANIA STEEL CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Orlavus Juve against the Pennsylvania Steel Company. No opinion. Motion denied, without costs. See, also, 129 N. Y. Supp. 53.

KALBACH v. ROSS. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Gottfried Kalbach, as administrator, etc., against Clinton M. Ross. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 129 N. Y. Supp. 243.

KAPLAN v. FRIEDMAN CONST. CO. (Supreme Court. Appellate Division, First Department. April 28, 1911.) Action by Hyman Kaplan against the Friedman Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. For former opinion, see 126 N. Y. Supp. 96. See, also, 128 N. Y. Supp. 1128.

KASCSAK, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department.